**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6287**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JOHN WESLEY FAIRCLOTH,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Malcolm J. Howard,
District Judge.  (CR-95-72-H)

_____

Submitted:  June 12, 2003          Decided:  June 17, 2003

_____

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Wesley Faircloth, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Wesley Faircloth appeals the district court's order authorizing the sale of real property pursuant to a fine in a criminal judgment imposed in 1996. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Faircloth, No. CR-95-72-H (E.D.N.C. Jan. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED